**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charles BROWN, Defendant–Appellant.**

No. 08–12909
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 4, 2009.

Charles Brown, Coleman, FL, pro se.

Before TJOFLAT, DUBINA and BARKETT, Circuit Judges.

PER CURIAM:

Charles Brown, a federal prisoner convicted of a crack cocaine offense, *pro se* appeals the district court's denial of his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on an amendment to the Sentencing Guidelines that lowered the base offense levels applicable to crack cocaine. The district court denied Brown's § 3582(c)(2) motion because the sentencing court based Brown's sentence on a statutory mandatory term of life imprisonment and not according to the base level in § 2D1.1. Therefore, Brown was not entitled to a sentence reduction under the crack cocaine amendments. *United States v. Williams,* 549 F.3d 1337 (11th Cir.2008).

*AFFIRMED.*